THE STATE OF OHIO, APPELLANT, *v.* JEFFERSON, APPELLEE.

[Cite as *State v. Jefferson,* 132 Ohio St.3d 75, 2012-Ohio-1984.]

(Nos. 2011–1807—Submitted April 4, 2012—Decided May 10, 2012.)

---

{¶ 1} The judgment of the court of appeals is vacated, and the cause is remanded to the court of common pleas for application of *United States v. Jones,* —— U.S. ——, 132 S.Ct. 945, 181 L.Ed.2d 911 (2012).

O'CONNOR, C.J., and LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

PFEIFER, J., dissents.

---

**PFEIFER, J., dissenting.**

{¶ 2} I would affirm the judgment of the court of appeals on the authority of *United States v. Jones,* —— U.S. ——, 132 S.Ct. 945, 181 L.Ed.2d 911 (2012).

---

William D. Mason, Cuyahoga County Prosecuting Attorney, and T. Allan Regas, Assistant Prosecuting Attorney, for appellant.

---

THE STATE OF OHIO, APPELLANT, *v.* SULLIVAN, APPELLEE.

[Cite as *State v. Sullivan,* 132 Ohio St.3d 75, 2012-Ohio-1985.]

76

(Nos. 2011–1870 and 2011–1871—Submitted
April 4, 2012—Decided May 10, 2012.)

{¶ 1} The judgment of the court of appeals is vacated, and the cause is remanded to the court of common pleas for application of *United States v. Jones,* —— U.S. ——, 132 S.Ct. 945, 181 L.Ed.2d 911 (2012).

O'CONNOR, C.J., and LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

PFEIFER, J., dissents.

**PFEIFER, J., dissenting.**

{¶ 2} I would affirm the judgment of the court of appeals on the authority of *United States v. Jones,* —— U.S. ——, 132 S.Ct. 945, 181 L.Ed.2d 911 (2012).

Gregg Marx, Fairfield County Prosecuting Attorney, and Jocelyn S. Kelly, Assistant Prosecuting Attorney, for appellant.

THE STATE OF OHIO, APPELLEE, *v.* SAYLES, APPELLANT.

[Cite as *State v. Sayles,* 132 Ohio St.3d 76, 2012-Ohio-1986.]